## HAIREL V. GRAVES, ET AL.

*Settlement of Estate.*

(Decided Jan. 15, 1909.)

APPEAL from DeKalb Probate Court.

Heard before Hon. J. A. CROWLEY.

No counsel marked for appellant. HOWARD & HUNT, for appellee.

Per curiam. Affirmed on certificate.

---

## HAYGOOD V. PARRISH.

*Assumpsit.*

(Decided Nov. 28, 1907. Rehearing denied Dec. 24, 1908.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

J. M. CHILTON, and F. S. BALL, for appellant. RUSHTON & COLEMAN, for appellee.

ANDERSON, J.—Affirmed on the authority of *Jackson v. Parrish,* 157 Ala. 584, 47 South. 1014.

TYSON, C. J., DOWDELL, SIMPSON, DENSON and McCLELLAN, JJ., concur.

---

## HENDERSON V. WILSON.

*Assumpsit.*

(Decided Jan. 21, 1909.)

APPEAL from Coffee County Court.

Heard before Hon. H. H. BLACKMON.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## LAWSON V. LAWSON.

*Civil Action.*

(Decided Dec. 24, 1908.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

ALLEN & BELL, for appellant. No counsel marked for appellee.

Per curiam. Appeal dismissed on motion of appellant.